# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JOHN T. PAGE,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR AMERIQUEST MORTGAGE
SECURITIES INC, ASSET-BACKED
PASS THROUGH CERTIFICATES
SERIES 2004-R8,

Appellee.

No. 2D22-3062

———————————————

January 10, 2024

Appeal from the Circuit Court for Pinellas County; Amy M. Williams, Judge.

Dineen Pashoukos Wasylik of DPW Legal, Tampa, for Appellant.

Nicholas S. Agnello of Burr & Forman LLP, Fort Lauderdale, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.